AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Warren Easterling )
*Plaintiff* )
v. ) Civil Action No. 3:17-cv-101
Jeffrey Sessions )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: CAPTIONED CAUSE DISMISSED AS FRIVOLOUS WITH PREJUDICE TO A NEW ACTION; JUDGMENT SHALL ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF, DISMISSING THE CAPTIONED CAUSE WITH PREJUDICE; TERMINATION ENTRY.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Reports and Recommendations and Supplemental Report and Recommendations.

Date: 4/18/2017

CLERK OF COURT

Sophia R. Bryan
Signature of Clerk or Deputy Clerk